UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT BLEWETT,

    Plaintiff,

v.                                CASE NO.: 8:18-cv- 02060-SDM-JSS

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

PLAINTIFF, ROBERT BLEWETT, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, ROBERT BLEWETT, and Defendant, PORTFOLIO RECOVERY ASSOCIATES, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of September, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system. In addition, a copy was served electronically to: Sundeep S. Sidhu *Sunny.Sidhu@PRAGroup.com*.

Respectfully submitted,

*/s/ Geoffrey E. Parmer*
Geoffrey E. Parmer, Esquire
Florida Bar No. 989258
Geoff@TheConsumerProtectionFirm.com
The Consumer Protection Firm, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone:  (813) 500-1500
Facsimile:  (813) 435-2369
Attorney for Plaintiff