UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT BLEWETT,

    Plaintiff,

v.                                                  CASE NO. 8:18-cv-2060-T-23JSS

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.
_____/

**ORDER**

    The plaintiff announces (Doc. 10) a settlement in this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on September 25, 2018.

                                                                   _____
                                                                   STEVEN D. MERRYDAY
                                                                UNITED STATES DISTRICT JUDGE